**Dorothy D. HATCHETT,**
**Plaintiff–Appellant,**

v.

**John POTTER, Postmaster General,**
**United States Postal Service,**
**Defendant–Appellee.**

No. 02–1046.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 18, 2002.

Dorothy D. Hatchett, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Stephan James Boardman, Washington, D.C., for Appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dorothy D. Hatchett appeals the district court's order granting Appellee's Motion to Dismiss, or in the alternative, Motion for Summary Judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hatchett v. Potter,* No. CA–00–461 (E.D.Va. Dec. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*